CARRYL ELLIS et al., Respondents, *v.* COLUMBIAN NATIONAL LIFE INSURANCE COMPANY, Appellant.

Argued June 10, 1946; decided July 23, 1946.

*Samuel M. Lane* for appellant.

*David Goldstein, Lawrence Kovalsky* and *Arthur M. Laufer* for respondents.

Judgment affirmed, with costs, no opinion.

Concur: LOUGHRAN, Ch. J., LEWIS, CONWAY, DESMOND, THACHER and FULD, JJ. Taking no part: DYE, J.